No. 374. TOTTON, DBA TOTTON & DUNN CO. *v.* LOCAL 43, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES & CANADA. C. A. 6th Cir. Certiorari denied. *John A. Chambliss, Jr.,* and *Sizer Chambliss* for petitioner. *S. Del Fuston* for respondent.

No. 382. LATTA *v.* WELLS FARGO BANK ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 330. LYNCH ET AL. *v.* MARYLAND. Ct. App. Md. Certiorari denied. MR. JUSTICE BLACK dissents. *Melvin L. Wulf* and *Elsbeth Bothe* for petitioners. *Francis B. Burch,* Attorney General of Maryland, *S. Leonard Rottman,* Assistant Attorney General, and *Charles E. Moylan, Jr.,* for respondent.

No. 378. DELAWARE VALLEY CONSERVATION ASSN. ET AL. *v.* RESOR, SECRETARY OF THE DEPARTMENT OF THE ARMY, ET AL. C. A. 3d Cir. Motion to dispense with printing petition granted. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 50, Misc. DAEGELE *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. *Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth* and *Edward G. Collister, Jr.,* Assistant Attorneys General, for respondent.

No. 289, Misc. SHOREY *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied. *Fred E. Weisgal* for petitioner. *Francis B. Burch,* Attorney General of Maryland, and *Fred Oken,* Assistant Attorney General, for respondent.